**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

LEONARD LOUIS GUY
ADC #500175                                                                                                        PLAINTIFF

V.                                            NO: 2:08CV00031 BSM

TERESA KUNDERT *et al.*                                                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of March, 2009.


_____
UNITED STATES DISTRICT JUDGE